IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr22 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| DENNIS HUNTER, | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | from 5/17/2021 on 5/20/2021 |
| Jury Trial Date | 8/27/2021 |
| Final Pretrial Conference (by telephone) | Wednesday, 8/18/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 8/16/2021 |
|    Other Motions | 8/16/2021 |
| Discovery Cut-off | 8/16/2021 |
| Speedy Trial Deadline | extended through 8/23/2021 on 5/10/2021 conference call, and through 8/27/2021 on 8/16/2021 conference call, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |
| Discovery out – Plaintiff to Defendant | furnished |

August 19, 2021

*Walter H. Rice* (signature)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE